UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE POPE,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOSE REGIONAL TRAUMA UNIT, et al.,<br><br>        Defendants. | Case No. 22-cv-07338-JSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br><br>Re: Dkt. No. 12 |

The Court has reviewed Magistrate Judge Nathanael M. Cousins' report and recommendation to dismiss this action for failure to state a claim pursuant to 28 U.S.C. § 1915(e). (Dkt. Nos. 9, 12.) Judge Cousins found that the complaint failed to identify the elements of Plaintiff's legal claims and failed to plead facts supporting his legal claims, and that the complaint therefore failed to comply with Federal Rule of Civil Procedure 8. (Dkt. No. 9 at 3.) Plaintiff was granted leave to amend his complaint, but failed to do so. Judge Cousins granted Plaintiff an extension of time to respond to his order because Plaintiff was unrepresented, but Plaintiff did not file an amended complaint or otherwise communicate with the Court. (Dkt. Nos. 11, 12.) Judge Cousins thus recommends the complaint be dismissed without prejudice. (Dkt. No. 12.)

Objections to Judge Cousins' order were due on or before March 7, 2023. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party. Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety, including the recommendation that the lawsuit be dismissed without prejudice for failure to state a claim.

**IT IS SO ORDERED.**

Dated: March 28, 2023

                                                                        JACQUELINE SCOTT CORLEY<br>
                                                                        United States District Judge